# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Perla Soledad Sanchez-Zamaripa  **PRINCIPAL**
A208 273 836    YOB:  1987
United Mexican States

## CRIMINAL COMPLAINT

Case Number:

**M-15-0955-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **6/11/2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Omar Ramon Hernandez-Escobar, citizen and national of El Salvador, and Eli Jimenez-Sierra, citizen and national of the United Mexican States, along with nine (9) other undocumented aliens, for a total of eleven (11), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Abram, Texas to the point of arrest near Palmview, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)  FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On Thursday June 11, 2015, Border Patrol Agents assigned to the McAllen, Texas Station apprehended twelve undocumented illegal aliens in the vicinity of the F.M. 1427 and U.S. Expressway 83 in Palmview, Texas. The case resulted in a 1 on 11 Criminal Alien Smuggling Case.

On June 11, 2015 at approximately 06:55 hours, Border Patrol Agent Manuel Tamez Jr. was waived down by a concerned citizen on Military Road in Abram, Texas. Agent Tamez was informed that approximately ten subjects had just loaded in a blue minivan and was northbound

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

OK to file. TM

Signature of Complainant

**Cipriano Shears, Jr.   Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

June 12, 2015
Date

at  **McAllen, Texas**
City and State

**Peter E. Ormsby** , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15-0955-M

RE:     Perla Soledad Sanchez-Zamaripa          A208 273 836

**CONTINUATION:**

on F.M. 1427 from Abram. Border Patrol Agent Tamez then proceeded north and observed a blue minivan with several subjects attempting to conceal themselves from agent's sight. Agent Tamez initiated a vehicle stop near U.S. Business 83 to conduct an immigration check, the driver of the minivan refused to stop. The blue minivan continued north on F.M. 1427, running a red light at the intersection of U.S. Business 83 and F.M. 1427. The vehicle then made a right turn on the ramp to the eastbound frontage road of U.S. Expressway 83. The vehicle finally made a complete stop near F.M. 1427 and the eastbound frontage road, most occupants immediately exited the vehicle and fled. The driver remained on the driver seat of the blue Ford Freestar.

A search of the area resulted in the apprehension of twelve subjects including the driver. The driver identified as Perla Soledad Sanchez-Zamaripa along with the eleven additional passengers were all found to be illegally in the United States with no documentation to be or remain in the United States.

All the subjects were transported to the McAllen, Texas Border Patrol station for processing.

**PRINCIPAL STATEMENT**

Perla Soledad Sanchez-Zamaripa was read her Miranda Rights. Sanchez understood her rights and gave a statement without an attorney present.

Sanchez-Zamaripa, a citizen and national of Mexico, stated that she was contacted by a friend, Andre, and asked she wanted to make some money. Sanchez stated that her friend offered to pay her $80.00 USD per alien and she was to pick up a total of 8 illegal aliens. Sanchez stated that Andre told her to drive to Abram, Texas and that the bodies were going to be waiting at the curve at Abram. Sanchez claims that after she picked the illegal aliens, moments later Sanchez saw the Border Patrol Unit. Sanchez stated that she wanted to pull over but her friend told her to keep going.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-15-0955-M**

RE:     Perla Soledad Sanchez-Zamaripa          A208 273 836

**CONTINUATION:**

**MATERIAL WITNESS 1**

Omar Ramon Hernandez-Escobar was read his Miranda Rights. Hernandez understood his rights and gave a statement without an attorney present.

Hernandez-Escobar, a citizen of El Salvador, stated he was to pay him $4000 USD to be smuggled into the United States. Hernandez stated that he illegally entered United States by crossing the Rio Grande River on or about June 11, 2015. Hernandez claims it was at night but not quite sure the exact time. Hernandez stated that he crossed with a group of 16, but got separated from the group when they encountered Border Patrol Agents. Later that same day, he came upon and joined another group that was going to get picked up. Hernandez claims he was picked up by a van. He claims a male subject stepped out of the vehicle and told the group to get in. After loading into what was described as a blue van, Hernandez claims that he hid on the floor of the van when he saw the Border Patrol unit pull-up behind the van. Hernandez identified Sanchez as the driver of the vehicle through a CBP photo lineup.

**MATERIAL WITNESS 2**

Eli Jimenez-Sierra was read his Miranda Rights. Jimenez understood his rights and gave a statement without an attorney present.

Jimenez-Sierra, a citizen of the United Mexican States, claims to have paid 1,500.00 USD and still owes 2,500.00 USD. At the river before crossing, he was instructed to follow a path to the end and he would get picked up. He illegally entered the United States by crossing the Rio Grande River on or about June 11, 2015 sometime around midnight. When he arrived at the pickup spot he waited for about one hour and a half. He was then picked up by a grayish looking van with a female driver. Jimenez stated that he was seated in the second row of the van.

Jimenez identified Sanchez as the driver of the vehicle through a CBP photo lineup.